## PALMER and TUBBS v. COMMONWEALTH.

(Decided October 9, 1931.)

H. E. HAY for movant.

J. W. CAMMACK, Attorney General (A. M. SAMUELS of counsel), for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $200 and 50 days in jail.

Appeal denied; judgment affirmed.

## GLOBE AND RUTGERS FIRE INSURANCE COMPANY v. MAHER.

(Decided October 13, 1931.)

J. MARSHALL McCANN and NOLAND CARTER for movant.

J. M. COLLINS opposed.

PER CURIAM. Judgment for $400 for value of automobile.

Appeal denied; judgment affirmed.

## HATCHER v. COMMONWEALTH.

(Decided October 13, 1931.)

WILLIAM W. BARRETT for movant.

J. W. CAMMACK, Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for obtaining board and lodging with intent to defraud, imposing a fine of $50 and ten days in jail.

Appeal denied; judgment affirmed.